In the Matter of the Application of DANIEL G. ROSENBLATT, as Trustee of the Bankrupt Estate of MARION R. ALTENBERG, Respondent, for the Issuance of an Execution under Section 684 of the Civil Practice Act of the State of New York against the Income from Certain Trust Funds of Said MARION R. ALTENBERG in the Hands of MARCELLE J. KANE and MARION R. ALTENBERG, Trustees under the Last Will and Testament of JOSEPH R. ALTENBERG, Deceased, etc. MARION R. ALTENBERG, Appellant.— Order granting leave to reargue motion and on reargu-

ment directing issuance of execution affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.